UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL BROADNAX,<br><br>    Petitioner,<br><br>    v.<br><br>TELMATE, LLC, et al.,<br><br>    Respondents. | Case No. 23-cv-01600-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee or filed a complete application to proceed IFP. The case is dismissed without prejudice. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: June 14, 2023

_____
JAMES DONATO
United States District Judge